**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>SHAHBAZZ ANGUM,,<br>　　　　　　　Defendant<br><br>IN RE: DIMPLE PATEL, MATERIAL WITNESS | NO.  5: 08-MJ-12-22 (CWH)<br><br>REMOVAL PROCEEDINGS<br>No. 2:04-CR-154 — DISTRICT OF VERMONT |

## ORDER OF TEMPORARY DETENTION AND REMOVAL

DIMPLE PATEL is named in an APPLICATION FOR MATERIAL WITNESS WARRANT in the DISTRICT OF VERMONT as a Material Witness in the case of the UNITED STATES OF AMERICA VS. SHAHBAZZ ANGUM, Criminal No. 2:04-CR-154.

After a hearing this day held before Claude W. Hicks, Jr., Chief United States Magistrate Judge for the Middle District of Georgia, under provisions of Rules 5/40 of the Federal Rules of Criminal Procedure, the undersigned finds that the IDENTITY of said Material Witness has been admitted in open court by Ms. Patel, represented herein by Ms. Catherine Michelle Leek of the Federal Defenders Office.  The government was represented by Assistant U. S. Attorney Jennifer Kolman.

The court further finds that TEMPORARY DETENTION of said Material Witness is necessary and appropriate under the circumstances of this case, pending consideration of release from custody in the DISTRICT OF VERMONT.  Ms. Patel appears to be in the United States illegally; she is a citizen of India.  She is subject to immediate deportation by U. S. Immigration and Customs Enforcement were she to be released from custody.  In addition, she has no ties to either the Middle District of Georgia or the District of Vermont.  Her last known address is Allentown, Pennsylvania.

**ACCORDINGLY, the said DIMPLE PATEL is ordered REMOVED <u>FORTHWITH</u> to the DISTRICT OF VERMONT, and the United States Marshal (or such other authorized agency) is COMMANDED to take custody of the Material Witness and transport her with a certified copy of this commitment to the DISTRICT OF VERMONT and there deliver her to the United States Marshal for that district or to some other officer authorized to receive her, all proceedings required by Rules 5/40 of the Federal Rules of Criminal Procedure having been completed. Transport by the United States Marshals Service should be <u>WITHOUT UNDUE DELAY</u> in light of the fact that she is a Material Witness and not a criminal defendant.**

**SO ORDERED AND DIRECTED, this 16th day of DECEMBER, 2008.**



                                          **CLAUDE W. HICKS, JR.**
                                          **UNITED STATES MAGISTRATE JUDGE**